IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUTO EQUITY LOANS OF DELAWARE, LLC,** | : | Civil No. 1:19-CV-1590 |
| **Plaintiff,** | : | |
| v. | : | |
| **JOSH SHAPIRO,** *in His Official Capacity as Attorney General of the Commonwealth of Pennsylvania* | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Josh Shapiro's motion for reconsideration (Doc. 21) is **DENIED.**

> */s/ Sylvia H. Rambo*
> SYLVIA H. RAMBO
> UNITED STATES DISTRICT JUDGE

Dated: February 6, 2020