IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

*Filed and Attested by the Office of Judicial Records 26 AUG 2020 02:16 pm P. HEWITT*

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>Acting by Attorney General JOSH SHAPIRO,<br><br>Petitioner,<br><br>v.<br><br>AUTO EQUITY LOANS OF DELAWARE, LLC<br>4701 Kirkwood Highway<br>Wilmington, DE 19808,<br><br>Respondent. | TERM _____<br><br>NO. _____<br><br>CIVIL ACTION- EQUITY |

**ORDER**

AND NOW, this **31st** day of **August**, 2020, Respondent Auto Equity Loans of Delaware, LLC is hereby ordered to comply with the Subpoena issued and served on June 25, 2020 by the Commonwealth of Pennsylvania, Office of Attorney General. Respondent is hereby ordered to:

1. Produce all information and documents specified in the above-mentioned Subpoena within ten (10) days of the date of this Court's Order;

2. Pay the court costs incurred by the Commonwealth in filing this Motion in the amount of Three Hundred Thirty-Three and 23/100 Dollars ($333.23).

BY THE COURT

_____ J.

Commonwealth Of Pennsyl-ORDRF

1

20080223500005

Case ID: 20080223
Control No.: 20082450