IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUTO EQUITY LOANS OF DELAWARE, LLC,** | : | Civil No. 1:19-CV-1590 |
| **Plaintiff,** | : | |
| v. | : | |
| **JOSH SHAPIRO, in his official capacity as Attorney General for the Pennsylvania Commonwealth,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

AND NOW, this 30th day of June, 2021, IT IS HEREBY ORDERED that Defendant's motion for judgment on the pleadings (Doc. 58) is GRANTED IN PART and Plaintiff's motion for judgment on the pleadings (Doc. 60) is DENIED. Plaintiff's challenge to Defendant's investigation is DISMISSED WITH PREJUDICE. The remainder of Plaintiff's claims are DISMISSED WIHOUT PREJUDICE.

s/Sylvia H. Rambo
United States District Judge
