# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUTO EQUITY LOANS OF DELAWARE, LLC, | : : : : CIVIL ACTION |
| Plaintiff, | : : |
| | : No. 1:19-cv-1590 |
| v. | : : |
| | : (Judge Sylvia H. Rambo) |
| JOSH SHAPIRO, in His Official Capacity as Attorney General of the Commonwealth of Pennsylvania, | : : : : : |
| Defendant. | : : |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Auto Equity Loans of Delaware, LLC, appeals to the United States Court of Appeals for the Third Circuit from the Order of the District Court granting in part Defendant's motion for judgment on the pleadings, and denying Plaintiff's motion for judgment on the pleadings, which was entered on June 30, 2021 (Dkt. 73) by the District Court.

Dated:  July 30, 2021

Respectfully submitted,

/s/ *Richard J. Zack*
Richard J. Zack (PA 77142)
Brian M. Nichilo (PA 313786)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets

Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
richard.zack@troutman.com
brian.nichilo@troutman.com

Douglas D. Herrmann
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6560
Fax: (302) 397-2707
douglas.herrmann@troutman.com

*Counsel for Plaintiff Auto Equity Loans of Delaware, LLC*